June 25, 2004

Mr. Travis Williams
W.P. Clements Jr., Unit, TDCJ#626839
9601 Spur 591
Amarillo, TX 79107-9606
Mr. M. Lawrence Wells
Office Of the Attorney General of Texas
Gregg Abbott
P.O. Box 12548
Austin, TX 78711-2548

RE: Case Number: 03-0552
 Court of Appeals Number: 12-03-00087-CV
 Trial Court Number: 87-9397

Style: TRAVIS WILLIAMS
 v.
 T.D.C.J.-I.D.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Janice |
| |Staples |
| |Ms. Cathy S. |
| |Lusk |